UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
APR 27 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 11CR02819-001-GT |
| ) | |
| v. ) | O R D E R |
| ) | |
| Juan Carlos Rodriguez-Garcia ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for May 4, 2015 is vacated and reset to June 5, 2015 at 9:30 a.m..

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 4-27-15

Gordon Thompson
Senior U.S. District Judge

cc: all counsel of record